IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL E MAYS and
BRIAN D. ADAMS,

Defendants.                                               No. 13-30155-DRH

## ORDER

**HERNDON, Chief Judge**:

Now before the Court are defendants' motions to continue the September 16, 2013 trial (Docs. 22 & 23). Defendants states that they need additional time for pretrial matters. The government does not object. The Court being fully advised in the premises finds that defendants need additional time for pretrial matters. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and both defendants in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendants' motions to continue the September 16, 2013 trial (Docs. 22 & 23). The Court **CONTINUES** the jury trial scheduled for September 16, 2013 to **November 4, 2013 at 9:00 a.m.** The time

1

from the date the original motions were filed, September 3, 2013, until the date to which the trial is rescheduled, November 4, 2013, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 4th day of September, 2013.

Digitally signed by David R. Herndon
Date: 2013.09.04 13:00:26 -05'00'

**Chief Judge**
**United States District Court**